


CHARLES DRAKE BOUTWELL
ATTORNEY AT LAW
3075 PLUM ISLAND DRIVE
NORTHBROOK, ILLINOIS 60062
847-272-2126
FAX 847-272-2275

January 9, 2006

Honorable Judge Rudolph Randa
517 East Wisconsin Ave.
Milwaukee, WI 53202

> Re: Albert Patterson v. World Wrestling Entertainment, Inc.
> Case No. 03 C 0374 In the Eastern District of Wisconsin

Dear Judge Randa:

Please find enclosed the following documents which became available to plaintiff Albert Patterson after his response to the Defendant's Motion for summary Judgment was filed. The documents bear relevance to the pending motions before you including the pending motions for summary judgment and would have been exhibits to the pending motions for summary judgment had they been available at the time of filing..

1. Document 1A. A copy of the status of WORLD WRESTLING ASSOCIATION in the United States Patent and Trademark Office indicating that Albert Patterson is the registered owner of the trademark WORLD WRESTLING ASSOCIATION. The formal certificate of registration is not yet available to Mr. Patterson but he expects to receive it around January 31, 2006.

2. Document 2A. A copy of the injunction issued in favor of Albert Patterson against TNA Entertainment, LLC on December 16, 2005.

3. Document 3A. A copy of the injunction issued in favor of Albert Patterson against World Wrestling All-Stars, Inc on September 1, 2005.

4. Document 4A. A copy of the status of the defendant's mark WWF SUPERSTARS under registration number 2160674 from the United States Patent and Trademark Office indicating that mark has been cancelled March 5, 2005.

5. Document 5A. A copy of the status of the defendant's mark WWF SUPERSTARS under registration number 2160673 from the United States Patent and Trademark Office indicating that mark has been cancelled March 5, 2005.

Honorable Judge Rudolph Randa
January 9, 2006
Page Two

                                                  Sincerely,

                                                 Charles Drake Boutwell

cc: Jerry S. McDevitt, Esq.
Curtis Krasik, Esq
Julie R. Fernstermaker, Esq
KIRKPATRICK & LOCKHART LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, Pennsylvania 15222

Shepard A. Davis, Esq.
BURTON & DAVIS. LLP
611 N. Broadway
Milwaukee, WI 53202



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Jan 7 04:13:16 EST 2006*



Logout   Please logout when you are done to release system resources allocated for you.

Start List At:    OR Jump to record:    **Record 1 out of 4**

TARR Status   ASSIGN Status   TDR   TTAB Status *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | WORLD WRESTLING ASSOCIATION |
| **Goods and Services** | IC 041. US 100 101 107. G & S: entertainment services in the nature of wrestling matches; wrestling videotape production; and entertainment services in the nature of ongoing television programs featuring wrestling. FIRST USE: 19780619. FIRST USE IN COMMERCE: 19780619<br><br>IC 035. US 100 101 102. G & S: promoting wrestling competitions of others. FIRST USE: 19780619. FIRST USE IN COMMERCE: 19780619 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 75879939 |
| **Filing Date** | December 23, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 8, 2005 |
| **Owner** | (APPLICANT) Patterson, Albert DBA WWA Superstars of Wrestling INDIVIDUAL UNITED STATES 3840 N. Sherman Blvd. Milwaukee WISCONSIN 53216 |
| **Attorney of Record** | ALBERT PATTERSON |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE WRESTLING ASSOCIATION APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL-2(F) |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | | CURR LIST |

| | | | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN



U.S. DIST. COURT EAST DIST. WISC.
FILED
DEC 16 2005
AT_____O'CLOCK_____M
SOFRON B. NEDILSKY

ALBERT PATTERSON, d/b/a WORLD
WRESTLING ASSOCIATION,
SUPERSTARS OF WRESTLING, INC.,
and d/b/a W.W.A. SUPERSTARS,

Plaintiff,

v

TNA ENTERTAINMENT, LLC,

Defendant.
_____/

Case No. 04-C-0192

MAGISTRATE JUDGE
WILLIAM E. CALLAHAN

**INJUNCTION**

Charles D. Boutwell
Boutwell Law Office
Attorney for Plaintiff
3075 Plum Island Drive
Northbrook, IL 60062
(847) 272-2127
_____/

Douglas A. Donnell (P33187)
Jennifer A. Puplava (P58949)
Mika Meyers Beckett & Jones, PLC
Attorneys for Defendant TNA
Entertainment
900 Monroe Avenue, N.W.
Grand Rapids, MI 49503
(616) 632-8000

The above-captioned parties have agreed to entry of an injunction, which the court has approved, as follows:

Defendant TNA Entertainment, LLC shall be enjoined from using any of the following phrases in its promotional or advertising materials or in connection with any events sponsored or promoted by TNA Entertainment, LLC:

WORLD WRESTLING ASSOCIATION, W.W.A. WORLD WRESTLING ASSOCIATION SUPERSTARS, W.W.A. SUPERSTARS, SUPERSTAR WRESTLING, SUPERSTARS WRESTLING, SUPERSTARS OF WRESTLING, SUPERSTARS OF PRO WRESTLING, W.W.A.

SUPERSTAR WRESTLING, W.W.A. SUPERSTARS WRESTLING, W.W.A. SUPERSTARS OF WRESTLING, W.W.A. SUPERSTARS OF PRO WRESTLING, WORLD WRESTLING, WORLD WRESTLING SUPERSTARS, WRESTLING SUPERSTARS, and SUPERSTARS.

Plaintiff, his agents, employees, partners, joint venturers, members, officers, directors, distributors, licensees, advertisers, promoters, successors and assigns (hereafter collectively "Plaintiff") agree that Plaintiff shall be barred and estopped from making any claim or demand against TNA Entertainment, LLC or its agents, employees, partners, joint venturers, members, officers, directors, distributors, licensees, advertisers, promoters, successors and assigns (hereafter collectively "TNA") relating to or arising out of TNA's use of any other words or phrases not included in the above list.

*William E. Callahan*
William E. Callahan
Magistrate Judge

2

Rev. 5/85) Judgment in a Civil Case

# United States District Court

## EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

ALBERT PATTERSON,
d/b/a World Wrestling Association,
Superstars of Wrestling, Inc.,

      Plaintiff,

v.

Case No. 02-C-0240

ANDREW McMANUS,
WORLD WRESTLING ALL-STARS, INC.,
WARNER COMMUNICATIONS, INC.,
HUGHES ELECTRONICS CORPORATION,
DIRECTV, INC.,
SPRING COMMUNICATIONS II LLC, and
IMPACT TALENT, INC.

      Defendants.

U.S. District Court
Eastern Dist. of Wis.
    I hereby certify that this is a true and correct copy of the original now remaining of record in my office.

SOFRON B. NEDILSKY, Clerk

DATED:
9-1-05    By _____ Deputy

---

This action has come before the court, the issues have been decided and a decision has been rendered. Therefore,

**IT IS ORDERED AND ADJUDGED** that default judgment is entered against World Wrestling All-Stars, Inc., in favor of plaintiff.

**IT IS FURTHER ORDERED** that defendant World Wrestling All-Stars, Inc. is enjoined from using, displaying, licensing, or otherwise presenting plaintiff's service marks: WORLD WRESTLING ASSOCIATION, WWA, SUPERSTAR WRESTLING, SUPERSTARS WRESTLING, SUPERSTARS OF WRESTLING, SUPERSTARS OF PRO WRESTLING, WWA SUPERSTAR WRESTLING, WWA SUPERSTARS

WRESTLING, WWA SUPERSTARS OF WRESTLING, and WWA SUPERSTARS OF PRO WRESTLING.

**IT IS FURTHER ORDERED** that this case is closed.

APPROVED:   /s/ C. N. Clevert, Jr.
C. N. CLEVERT
U. S. District Judge

SOFRON B. NEDILSKY
*Clerk*

August 31, 2005
*Date*

/s/ Katina Hubacz
*(By) Deputy Clerk*



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Dec 28 04:13:26 EST 2005*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [ ]   OR   Jump to record: [ ]   **Record 2 out of 3**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

**WWF SUPERSTARS** (stylized logo)

| | |
|---|---|
| **Word Mark** | WWF SUPERSTARS |
| **Goods and Services** | (CANCELLED) IC 028. US 022 023 038 050. G & S: toy action figures and accessories therefor, bendable toys, toy vehicles, toy miniature dolls, board games, milk cap games, toy spinning tops, arcade games related to wrestling, pinball games, hand held units for playing electronic games related to wrestling, table top action skill games related to wrestling, hand held units for playing action skill games related to wrestling, mechanical and electronic action toys, jigsaw puzzles, kites, aerodynamic flying discs for playing toss-type games, toy wrestling gear sets, toy wrestling rings, toy belts, dolls and puppets. FIRST USE: 19911231. FIRST USE IN COMMERCE: 19911231 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Design Search Code** | |
| **Serial Number** | 75329715 |
| **Filing Date** | July 24, 1997 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 3, 1998 |
| **Registration Number** | 2160674 |
| **Registration Date** | May 26, 1998 |

Document 4A

Case 2:03-cv-00374-RTR   Filed 01/10/06   Page 9 of 12   Document 131

| | |
|---|---|
| **Owner** | (REGISTRANT) TITAN SPORTS, INC. CORPORATION DELAWARE 1241 East Main Street Stamford CONNECTICUT 06902 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | EDWARD L KAUFMAN |
| **Prior Registrations** | 1775328;**1819240** |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SUPERSTARS" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | DEAD |
| **Cancellation Date** | March 5, 2005 |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Dec 28 04:13:26 EST 2005*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | WWF SUPERSTARS |
| **Goods and Services** | (CANCELLED) IC 030. US 046. G & S: food items, namely, ice cream bars and cookies. FIRST USE: 19970301. FIRST USE IN COMMERCE: 19970301 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Design Search Code** | |
| **Serial Number** | 75329714 |
| **Filing Date** | July 24, 1997 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 3, 1998 |
| **Registration Number** | 2160673 |
| **Registration Date** | May 26, 1998 |
| **Owner** | (REGISTRANT) TITAN SPORTS, INC. CORPORATION DELAWARE 1241 East Main Street Stamford CONNECTICUT 06902 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | EDWARD L KAUFMAN |
| **Prior Registrations** | 1780459 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | DEAD |

**Cancellation Date** March 5, 2005

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY