# The United States of America

## CERTIFICATE OF REGISTRATION

This is to certify that the records of the Patent and Trademark Office show that an application was filed in said Office for registration of the Mark shown herein, a copy of said Mark and pertinent data from the Application being annexed hereto and made a part hereof,

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

Upon examination, it appeared that the applicant was entitled to have said Mark registered under the Trademark Act of 1946, as amended, and the said Mark has been duly registered this day in the Patent and Trademark Office on the

### PRINCIPAL REGISTER

to the registrant named herein.

This registration shall remain in force for TEN years unless sooner terminated as provided by law.

In Testimony Whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this fourth day of October 1994.



**EXHIBIT**

D

# NOTICE

*This Registration will be canceled by the Commissioner of Patents and Trademarks at the end of six years following the date of registration, unless within one year next preceding the expiration of such six years, the registrant files in the Patent and Trademark Office an affidavit showing that said mark is in use in Commerce or showing that its nonuse is due to special circumstances which excuse such nonuse and is not due to any intention to*

O

Int. Cl.: 41

Prior U.S. Cl.: 107

**United States Patent and Trademark Office**  Reg. No. 1,857,015
Registered Oct. 4, 1994

## SERVICE MARK
## PRINCIPAL REGISTER

**S̶R̶W̶**
## SUPERSTARS OF WRESTLING

PATTERSON, ALBERT P. (UNITED STATES CITIZEN), DBA WWA SUPERSTARS OF WRESTLING
2448 NORTH 14TH STREET
MILWAUKEE, WI 53206

FOR: ENTERTAINMENT SERVICES IN THE NATURE OF TELEVISION PROGRAMS FEATURING WRESTLING, IN CLASS 41 (U.S. CL. 107).

FIRST USE 0-0-1979; IN COMMERCE 0-0-1979.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "WRESTLING", APART FROM THE MARK AS SHOWN.

SEC. 2(F) AS TO "SUPERSTARS OF WRESTLING".

SER. NO. 74–429,666, FILED 8–30–1993.

IRA J. GOODSAID, EXAMINING ATTORNEY

# RECORDATION OF TRADEMARK REGISTRATIONS WITH UNITED STATES CUSTOMS AND BORDER PROTECTION

Please note that U.S. Customs & Border Protection (CBP), a bureau of the Department of Homeland Security, maintains a trademark *recordation* system for marks registered at the United States Patent and Trademark Office. Parties who register their marks on the Principal Register may record these marks with CBP, to assist CPB in its efforts to prevent the importation of goods that infringe registered marks. The recordation database includes information regarding all recorded marks, including images of these marks. CBP officers who actively monitor imports to prevent the importation of goods bearing infringing registered marks can view the recordation database at each of the ports of entry where these officers work.

Information about how to obtain a recordation, and about CBP's Intellectual Property Rights border enforcement program, is available at CBP's web site, www.cbp.gov.

# The United States of America



## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.

The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.

A copy of the Mark and pertinent data from the application are part of this certificate.

**To avoid CANCELLATION of the registration, the owner of the registration must submit a declaration of continued use or excusable non-use between the fifth and sixth years after the registration date.** (See next page for more information.) Assuming such a declaration is properly filed, the registration will remain in force for ten (10) years, unless terminated by an order of the Commissioner for Trademarks or a federal court. (See next page for information on maintenance requirements for successive ten-year periods.)

*Director of the United States Patent and Trademark Office*

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### Requirements in the First Ten Years*
#### *What and When to File:*

- First Filing: A Declaration of Continued Use (or Excusable Non-use), filed between the 5th and 6th years after the registration date. (*See* 15 U.S.C. §1058; 37 C.F.R. §2.161.)
- Second Filing: A Declaration of Continued Use (or Excusable Non-use) **and** an Application for Renewal, filed between the 9th and 10th years after the registration date. (*See* 15 U.S.C. §1058 and §1059; 37 C.F.R. §2.161 and 2.183.)

### Requirements in Successive Ten-Year Periods*
#### *What and When to File:*

- A Declaration of Continued Use (or Excusable Non-use) **and** an Application for Renewal, filed between each 9th and 10th-year period after the date when the first ten-year period ends. (*See* 15 U.S.C. §1058 and §1059; 37 C.F.R. §2.161 and 2.183.)

### Grace Period Filings*

There is a six-month grace period for filing the documents listed above, with payment of an additional fee.

**The U.S. Patent and Trademark Office (USPTO) will <u>NOT</u> send you any future notice or reminder of these filing requirements. Therefore, you should contact the USPTO approximately one year prior to the deadlines set forth above to determine the requirements and fees for submission of the required filings.**

**NOTE:** *Electronic forms for the above documents, as well as information regarding current filing requirements and fees, are available online at the USPTO web site:*

*www.uspto.gov*

### YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS IDENTIFIED ABOVE DURING THE SPECIFIED TIME PERIODS.

*Exception for the Extensions of Protection under the Madrid Protocol:
The holder of an international registration with an extension of protection to the United States must file, under slightly different time periods, a Declaration of Continued Use (or Excusable Non-use) at the USPTO. *See* 15 U.S.C. §1141k; 37 C.F.R. §7.36. The renewal of an international registration, however, must be filed at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol. *See* 15 U.S.C. §1141j; 37 C.F.R. §7.41.

Int. Cls.: 35 and 41

Prior U.S. Cls.: 100, 101, 102 and 107

**United States Patent and Trademark Office**

Reg. No. 3,051,928
Registered Jan. 31, 2006

## SERVICE MARK
## PRINCIPAL REGISTER

## WORLD WRESTLING ASSOCIATION

PATTERSON, ALBERT (UNITED STATES INDI-
VIDUAL), DBA WWA SUPERSTARS OF
WRESTLING
3840 N. SHERMAN BLVD.
MILWAUKEE, WI 53216

FOR: PROMOTING WRESTLING COMPETI-
TIONS OF OTHERS, IN CLASS 35 (U.S. CLS. 100,
101 AND 102).

FIRST USE 6-19-1978; IN COMMERCE 6-19-1978.

FOR: ENTERTAINMENT SERVICES IN THE
NATURE OF WRESTLING MATCHES; WRES-
TLING VIDEOTAPE PRODUCTION; AND ENTER-
TAINMENT SERVICES IN THE NATURE OF

ONGOING TELEVISION PROGRAMS FEATURING
WRESTLING, IN CLASS 41 (U.S. CLS. 100, 101 AND
107).

FIRST USE 6-19-1978; IN COMMERCE 6-19-1978.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE WRESTLING ASSOCIATION,
APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 75-879,939, FILED 12-23-1999.

KELLY BOULTON, EXAMINING ATTORNEY

Rev. 5/85) Judgment in a Civil Case e

# United States District Court

## EASTERN DISTRICT OF WISCONSIN

### JUDGMENT IN A CIVIL CASE

ALBERT PATTERSON,
d/b/a World Wrestling Association,
Superstars of Wrestling, Inc.,

   Plaintiff,

v.

Case No. 02-C-0240

ANDREW McMANUS,
WORLD WRESTLING ALL-STARS, INC.,
WARNER COMMUNICATIONS, INC.,
HUGHES ELECTRONICS CORPORATION,
DIRECTV, INC.,
SPRING COMMUNICATIONS II LLC, and
IMPACT TALENT, INC.

   Defendants.

U.S. District Court
Eastern Dist. of Wis.
   I hereby certify that this is a
true and correct copy of the original now
remaining of record in my office.

SOFRON B. NEDILSKY, Clerk

DATED:
9-1-05   By _____ Deputy

This action has come before the court, the issues have been decided and

a decision has been rendered. Therefore,

   **IT IS ORDERED AND ADJUDGED** that default judgment is entered

against World Wrestling All-Stars, Inc., in favor of plaintiff.

   **IT IS FURTHER ORDERED** that defendant World Wrestling All-Stars, Inc.

is enjoined from using, displaying, licensing, or otherwise presenting plaintiff's service

marks: WORLD WRESTLING ASSOCIATION, WWA, SUPERSTAR WRESTLING,

SUPERSTARS WRESTLING, SUPERSTARS OF WRESTLING, SUPERSTARS OF

PRO WRESTLING, WWA SUPERSTAR WRESTLING, WWA SUPERSTARS

**Exhibit R-2**

WRESTLING, WWA SUPERSTARS OF WRESTLING, and WWA SUPERSTARS OF

PRO WRESTLING.

**IT IS FURTHER ORDERED** that this case is closed.

APPROVED:        /s/ C. N. Clevert, Jr.
                 C. N. CLEVERT
                 U. S. District Judge

                                      SOFRON B. NEDILSKY
                                      *Clerk*

                 *August 31, 2005*           */s/ Katina Hubacz*
                 *Date*                      *(By) Deputy Clerk*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN



U.S. DIST. COURT EAST DIST. WISC.
FILED

DEC 16 2005

AT_____ O'CLOCK_____ M
SOFRON B. NEDILSKY

ALBERT PATTERSON, d/b/a WORLD
WRESTLING ASSOCIATION,
SUPERSTARS OF WRESTLING, INC.,
and d/b/a W.W.A. SUPERSTARS,

Plaintiff,

v

TNA ENTERTAINMENT, LLC,

Defendant.
_____/

Case No. 04-C-0192

MAGISTRATE JUDGE
WILLIAM E. CALLAHAN

**INJUNCTION**

Charles D. Boutwell
Boutwell Law Office
Attorney for Plaintiff
3075 Plum Island Drive
Northbrook, IL 60062
(847) 272-2127

Douglas A. Donnell (P33187)
Jennifer A. Puplava (P58949)
Mika Meyers Beckett & Jones, PLC
Attorneys for Defendant TNA
Entertainment
900 Monroe Avenue, N.W.
Grand Rapids, MI 49503
(616) 632-8000
_____/

The above-captioned parties have agreed to entry of an injunction, which the court

has approved, as follows:

Defendant TNA Entertainment, LLC shall be enjoined from using any of the

following phrases in its promotional or advertising materials or in connection with any

events sponsored or promoted by TNA Entertainment, LLC:

WORLD WRESTLING ASSOCIATION, W.W.A. WORLD WRESTLING
ASSOCIATION SUPERSTARS, W.W.A. SUPERSTARS, SUPERSTAR
WRESTLING,   SUPERSTARS   WRESTLING,   SUPERSTARS   OF
WRESTLING,   SUPERSTARS   OF   PRO   WRESTLING,   W.W.A.

SUPERSTAR WRESTLING, W.W.A. SUPERSTARS WRESTLING, W.W.A. SUPERSTARS OF WRESTLING, W.W.A. SUPERSTARS OF PRO WRESTLING, WORLD WRESTLING, WORLD WRESTLING SUPERSTARS, WRESTLING SUPERSTARS, and SUPERSTARS.

Plaintiff, his agents, employees, partners, joint venturers, members, officers, directors, distributors, licensees, advertisers, promoters, successors and assigns (hereafter collectively "Plaintiff") agree that Plaintiff shall be barred and estopped from making any claim or demand against TNA Entertainment, LLC or its agents, employees, partners, joint venturers, members, officers, directors, distributors, licensees, advertisers, promoters, successors and assigns (hereafter collectively "TNA") relating to or arising out of TNA's use of any other words or phrases not included in the above list.

William E. Callahan
Magistrate Judge

2

AO 450 (Rev. 5/85) Judgment in a Civil Case e

# United States District Court

## EASTERN DISTRICT OF WISCONSIN

ALBERT PATTERSON, d/b/a WORLD
WRESTLING ASSOCIATION,
SUPERSTARS OF WRESTLING, INC.,
and d/b/a W.W.A. SUPERSTARS,

        Plaintiff,

                              **JUDGMENT IN A CIVIL CASE**

v.

                              Case No. 04-C-0192

TNA ENTERTAINMENT, LLC,

        Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came before the Court for consideration.

       **IT IS HEREBY ORDERED AND ADJUDGED** that the plaintiff's amended complaint and this action are dismissed with prejudice and without costs to either side.

       **IT IS FURTHER ORDERED AND ADJUDGED** that the above-captioned parties have agreed to entry of an injunction, which the court has approved, as follows:

       Defendant TNA Entertainment, LLC shall be enjoined from using any of the following phrases in its promotional or advertising materials or in connection with any events sponsored or promoted by TNA Entertainment, LLC:

       WORLD WRESTLING ASSOCIATION, W.W.A. WORLD WRESTLING ASSOCIATION SUPERSTARS, W.W.A. SUPERSTARS, SUPERSTAR WRESTLING, SUPERSTARS WRESTLING, SUPERSTARS OF WRESTLING, SUPERSTARS OF PRO WRESTLING, W.W.A. SUPERSTAR WRESTLING, W.W.A. SUPERSTARS WRESTLING, W.W.A. SUPERSTARS OF WRESTLING, W.W.A. SUPERSTARS OF PRO WRESTLING, WORLD WRESTLING, WORLD WRESTLING SUPERSTARS, WRESTLING SUPERSTARS, and SUPERSTARS.

Plaintiff, his agents, employees, partners, joint ventures, members, officers, directors, distributors, licensees, advertisers, promoters, successors and assigns (hereafter collectively "Plaintiff") agree that Plaintiff shall be barred and estopped from making any claim or demand against TNA Entertainment, LLC or its agents, employees, partners, joint venturers, members, officers, directors, distributors, licensees, advertisers, promoters, successors and assigns (hereafter collectively "TNA") relating to or arising out of TNA's use of any other words or phrases not included in the above list.


Approved:   /s/ William E. Callahan, Jr.
            WILLIAM E. CALLAHAN, JR.
            United States Magistrate Judge


Dated this 19th day of December 2005, at Milwaukee, Wisconsin.

_____   SOFRON B. NEDILSKY
                          Clerk

                          s/ Rita Zvers
                          Deputy Clerk



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Dec 28 04:13:26 EST 2005*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [ ]   OR  Jump | to record: [ ]   **Record 2 out of 3**

---

TARR Status | ASSIGN Status | TDR | TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | WWF SUPERSTARS |
| **Goods and Services** | (CANCELLED) IC 028. US 022 023 038 050. G & S: toy action figures and accessories therefor, bendable toys, toy vehicles, toy miniature dolls, board games, milk cap games, toy spinning tops, arcade games related to wrestling, pinball games, hand held units for playing electronic games related to wrestling, table top action skill games related to wrestling, hand held units for playing action skill games related to wrestling, mechanical and electronic action toys, jigsaw puzzles, kites, aerodynamic flying discs for playing toss-type games, toy wrestling gear sets, toy wrestling rings, toy belts, dolls and puppets. FIRST USE: 19911231. FIRST USE IN COMMERCE: 19911231 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Design Search Code** | |
| **Serial Number** | 75329715 |
| **Filing Date** | July 24, 1997 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 3, 1998 |
| **Registration Number** | 2160674 |
| **Registration Date** | May 26, 1998 |

Exhibit R-4

| | |
|---|---|
| **Owner** | (REGISTRANT) TITAN SPORTS, INC. CORPORATION DELAWARE 1241 East Main Street Stamford CONNECTICUT 06902 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | EDWARD L KAUFMAN |
| **Prior Registrations** | 1775328;**1819240** |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SUPERSTARS" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | DEAD |
| **Cancellation Date** | March 5, 2005 |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Dec 28 04:13:26 EST 2005*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet* |

*Browser to return to TESS)*



| Word Mark | WWF SUPERSTARS |
| --- | --- |
| Goods and Services | (CANCELLED) IC 030. US 046. G & S: food items, namely, ice cream bars and cookies. FIRST USE: 19970301. FIRST USE IN COMMERCE: 19970301 |
| Mark Drawing Code | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| Design Search Code | |
| Serial Number | 75329714 |
| Filing Date | July 24, 1997 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | March 3, 1998 |
| Registration Number | 2160673 |
| Registration Date | May 26, 1998 |
| Owner | (REGISTRANT) TITAN SPORTS, INC. CORPORATION DELAWARE 1241 East Main Street Stamford CONNECTICUT 06902 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | EDWARD L KAUFMAN |
| Prior Registrations | 1780459 |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | DEAD |

Exhibit R-5

**Cancellation Date** March 5, 2005

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22, and 41

**United States Patent and Trademark Office**

Reg. No. 2,757,599
Registered Aug. 26, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## WORLD WRESTLING ENTERTAINMENT

WORLD WRESTLING FEDERATION ENTER-
TAINMENT, INC. (DELAWARE CORPORA-
TION)
1241 EAST MAIN STREET
STAMFORD, CT 06902

FOR: BACKPACKS; LUGGAGE, BARREL BAGS,
BEACH BAGS, DUFFEL BAGS, GYM BAGS, ATH-
LETIC BAGS, ALL-PURPOSE SPORT BAGS, BOOK
BAGS, SCHOOL BAGS, TOTE BAGS, TRAVEL BAGS,
CARRY-ON BAGS, COSMETIC BAGS SOLD EMPTY,
GARMENT BAGS FOR TRAVEL, FANNY PACKS;
WALLETS; CREDIT CARD CASES; CHANGE PUR-

SES; LEATHER KEY CHAINS; LEATHER BELTS;
THONGS; SOFT LUGGAGE IDENTIFICATION
TAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

. FIRST USE 6-19-2002; IN COMMERCE 6-19-2002.

OWNER OF U.S. REG. NOS. 1,317,318 AND
1,564,148.

SN 78-119,644, FILED 4-4-2002.

LAVERNE THOMPSON, EXAMINING ATTORNEY



1287754

# THE UNITED STATES OF AMERICA

### TO ALL TO WHOM THESE PRESENTS SHALL COME:

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**

**May 17, 2005**

**THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE FILE WRAPPER AND CONTENTS OF:**

.

**TRADEMARK CANCELLATION NUMBER:** *24,465*

**By Authority of the**
**COMMISSIONER OF PATENTS AND TRADEMARKS**

N. WILLIAMS

**Certifying Officer**

**PART ② OF ② PART(S)**

Int. Cl.: 41

Prior U.S. Cl.: 107

**United States Patent and Trademark Office**

Reg. No. 1,182,475

Registered Dec. 15, 1981

## SERVICE MARK
### Principal Register

Sec. 8&15 accepted 5-16-88

## WORLD WIDE WRESTLING

Jim Crockett Promotions, Inc. (North Carolina corporation)
421 Briarbend Dr.
Charlotte, N.C. 28209

For: ENTERTAINMENT SERVICES—NAME-LY, PROVIDING WRESTLING MATCHES THROUGH THE MEDIUM OF A TELEVISION PROGRAM, in CLASS 41 (U.S. Cl. 107).

First use Oct. 7, 1978; in commerce Oct. 7, 1978.

Without waiving any of its common law trademark rights, applicant disclaims the word "Wrestling" when used separately apart from the mark as a whole.

Ser. No. 226,782, filed Aug. 9, 1979.

B. H. VERTIZ, Primary Examiner

BRUCE A. TASSAN, Examiner



EXHIBIT
# 7

Serial Number: 73226782
Registration Number: 1182475
Word Mark: WORLD WIDE WRESTLING
International Class: (CANCELLED) 041
U.S. Class: 107
Goods and Services: Entertainment Services-Namely, Providing Wrestling Matches Through the Medium of a
Television Program; DATE OF FIRST USE: 1978.10.07; DATE OF FIRST USE IN
COMMERCE: 1978.10.07
Mark Drawing Code: (1) TYPED DRAWING
Filing Date: 19790809
Published for Opposition: 19810922
Registration Date: 19811215
Abandonment Date: 00000000
Cancellation Date: 20020921
Owner Name: (REGISTRANT) Jim Crockett Promotions, Inc.
Owner Address: 421 Briarbend Dr. Charlotte NORTH CAROLINA 28209 CORPORATION
Corporation NORTH CAROLINA
Type of Mark: SERVICE MARK
Disclaimer: NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE Without waiving any of its
common law trademark rights, applicant disclaims the word "Wrestling" when used
separately apart from the mark as a whole. APART FROM THE MARK AS SHOWN
Register: PRINCIPAL-2(F)
Affidavit: SECT 15.; SECT 8 (6-YR)
Attorney: SHEFTE, PINCKNEY & SAWYER
USAMark Vol. ID: USM00073
Status: CANCELLED - SECTION 8
Live / Dead: DEAD