IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ALBERT PATTERSON d/b/a WORLD WRESTLING ASSOCIATION, SUPERSTARS OF WRESTLING, INC., <br><br>Plaintiff, <br><br>vs. <br><br>WORLD WRESTLING ENTERTAINMENT, INC. and GOOD HUMOR CORPORATION d/b/a Good Humor Breyer's Ice Cream <br><br>Defendants. | '06 MAR 30 P1 :50 <br><br>Civil Action No. 03-C-0374 |

## WORLD WRESTLING ENTERTAINMENT, INC.'S RESPONSE TO MOTION TO STRIKE REPLY IN FURTHER SUPPORT OF MOTION TO WITHDRAW COUNTERCLAIMS WITHOUT PREJUDICE

Defendant World Wrestling Entertainment, Inc. ("WWE") respectfully submits this response to Plaintiff Albert Patterson's ("Patterson") motion to strike WWE's reply in further support of its motion to withdraw its counterclaims without prejudice.

In his Reply Memorandum to Defendant's Response to Plaintiff's Motion to Reconsider the Court's January 31, 2006 Decision and Order ("Reply to Motion for Reconsideration"), Patterson blatantly mischaracterized and attacked certain statements from WWE's Motion to Withdraw Counterclaims Without Prejudice. Although not specifically captioned as a "response" to WWE's Motion to Withdraw Counterclaims Without Prejudice, WWE interpreted Patterson's Reply to Motion for Reconsideration as his—albeit futile—attempt to respond thereto, and believed that Patterson's blatant mischaracterizations and repeated misrepresentations to this Court required reply. To the extent the Court would determine that WWE did not have the right to file its reply in further support of its Motion to Withdraw

Counterclaims Without Prejudice, WWE respectfully requests that it be treated as a surreply to Patterson's Reply to Motion for Reconsideration and that WWE be granted leave to file it as such.

Respectfully submitted,

Dated: March 30, 2006

By: _/s/ Shepard A. Davis_
Shepard A. Davis
BURTON & DAVIS, LLP
611 N. Broadway
Milwaukee, Wisconsin 53202
Telephone: (414) 224-8000
Fax: (414) 224-7511

Jerry S. McDevitt
Curtis B. Krasik
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, Pennsylvania 15222
Telephone: (412) 355-6500
Fax: (412) 355-6501

Attorneys for Defendants World Wrestling Entertainment, Inc. and Conopco, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Response To Motion To Strike was served this 30th day of March, 2006, by United States mail, postage prepaid, upon the following:

>Charles Drake Boutwell
>3075 Plum Island Drive
>Northbrook, IL 60062

_[signature]_

3