# United States District Court

EASTERN DISTRICT OF WISCONSIN

ALBERT PATTERSON,

    Plaintiff(s),

v.

Case No. 03-C-0374

WORLD WRESTLING ENTERTAINMENT INC et al.,

    Defendant(s).

### EXHIBITS RELEASED BY CLERK OF COURT'S OFFICE

The Clerk of Court's office hereby releases all trial exhibits entered as evidence in the above captioned case on behalf of:

    Appendix 4 volumes of video tapes

An itemization of the exhibits being released to the party indicated above, is attached to this document.

The undersigned hereby acknowledges receipt of these trial exhibits on behalf of the party referenced herein.

Date: 3/3/11

By: _Shepard A. Davis_

Title: Partner

Of: Burton & Davis, LLP